# Composite Exhibit 1, Part 1

# (Does 1-35)

DOE: 1

Seller Name: KUIFEIDIANZIGONGSI

Product URL: https://www.amazon.com/dp/B0BC8JZLMH

Platform: Amazon

AXENCIS

# Evidence Collection Report

Page Title

PC Optics Mens Womens Womens Teenagers Boys Girls Kids Youth Merch T-Shirt T-Shirt Gift Short Sleeve Shirt - Amazon.com

URL

https://www.amazon.com/dp/B0923LLK4H

Collection Date

Wed, 28 Apr 2021 00:10:17 UTC (US Department of Commerce / NIST authoritative timestamp)

Collected by

Docs Anchois

IP Address

Data Hold in it

Browser Information

Mozilla/5.0 (X11; Linux x86_64; rv:109.0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/1.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)

## File Signatures

SCREEN CAPTURE

XHTML

File Name

screencap_B0923LLK4H3nm.amazon.com@page@B0923LLK4H@_Wed,-28-Mar-2023-00:10:17-GMT.html

Hash (SHA256)

Signature (PKCS#1 v1.5)



Amazon Fashion



4 stars and above



Product details

Videos

More from frequently bought brands



Similar brands on Amazon

Looking for specific info?

Customer reviews

Review this product

Products related to this item



Popular products based on this item

Best sellers in this category

Your Browsing History



DOE: 2

Seller Name: Rock Photographers Collective

Product URL: https://www.amazon.de/dp/B081SQKZZ3

Platform: Amazon



# Evidence Collection Report

Page Title
Simple Minds, Jim Kerr, 1989, TB Damen T-Shirt : Amazon.de: Fashion

URL
https://www.amazon.de/dp/B081SGKZ23

Collection Date
Wed, 08 Mar 2023 10:02:32 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Chris Stavrou

IP Address
Dalla 3.xxxx

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/110.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
Yju2LxdgIbcBnn+A,bBl5uZi2mHJ7nXm0GpfdDTgfnCinXgaKxhkt47x94kMhySlvCBRjKymKGhhVrMkT2lMwcw4LopnGkOsazVo0Rh1TbfBUhnwwRy0qckzTol3GzNPcF09WW+nDoVgCecZmSZ7gQDVFQxKZ32M2iOTdSxwovJomN1LsWFnKNrVNxkdwI+DwRLgEPGZMtXl/iMfRNIqrb/Tbw1ALBPapUxOwSeVsVhDjOFbAP8Dsjim+BW...

# File Signatures

SCREEN CAPTURE
MHTML

File Name
screencap_[hhtps]dp[B081SGKZ23]_Wed,08-Mar-2023-10-02-32-GMT.mhtml

Hash (SHA256)
92dfec1xf9bfc46411f787e16bc22f38040cd9bc631b63a6bc2b01cdb1102f86f13

Signature (PKCS#1v1.5)
NrEu1wWMiHGo3cIdpgDG45fmZaSo3R27cI5Sqhq0LdCvHk6gAjfHd3Ld5oubIdWMMQM3aV3Wws45kKgAOUKHILcXGMBqElWdK6wGlAC4vxtUZ6e+54VDnT9LaZ/lUhIFS+bjM8Wf1p...







DOE: 3

Seller Name: TheConcertposter

Product URL: https://www.amazon.de/dp/B005PZ5FMI

Platform: Amazon



# Evidence Collection Report

**Page Title**

Simple Minds - Spaceface, Frankfurt 2002 › Concert Poster | Premium Poster | Live Concert Event | DIN A1 ‹ - Amazon.de: Home & Kitchen

**URL**

https://www.amazon.de/dp/B005PZ5FMI

**Collection Date**

Wed, 08 Mar 2023 11:59:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2001:ee8:31:231:5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/110.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Dn5eQ0J7vQujxS57b1eXePG35beSKrb/kj1Qed9A05oEPqzmBlrTdHiWBBDGKQ5hzoURCfC/9uwyfSJcq/125AYTJm381YSdDhM2vjnue39b79+wqqGZ3rt35Ecqy/IDnhH2g7d93DSamBzifgyCayZ+6tY3cSjDd/4ChNkc3GLiJpvjZY5AtDRoTk73GfqpmxeTXMtpeTcaTRgH/xijC2Ck4bVoXTk5Jymn3UX27n9zhqmowXMHqzhucbVyF9cpOizvZBNDIm9XmT71+AOn9dqWqQiQrxAhpH3JGQJGpnfkeoYjfqr3J6oKv5FdkXlbAG6PKzmL

**File Signatures**

SCREEN CAPTURE

MHTML

**File Name**

screencap_jhttps[5]hsfwww.amazon.de[5]dp[5]B005PZ5FMI[5]_Wed,08-Mar-2023-11:59:03-GMT.mhtml

**Hash (SHA256)**

7bp5AJJrkUkAW1wzJI32Cmnhl/TuqqzEWenlqGEM/hSBDGgwGOXZ2pgKQJ6r5xPmepmzQ5khFAlwCoL3gLImae3517N4+Zg/bfph5RfRK3pLilcUhO7gOf3dVY 3cP3jPSQCrjYg/X3gd9TZ6vdd33UTW6PzO9wkUU3M4SPG+GRf5iOjqQm8HPSbFNU5ExTQ2WZ

**Signature (PKCS#1v1.5)**

M4MiF75pGfLrJJcUkW4T+y2YD2Q3mm8Tuqdj/2Ta1D2OOZr4nwZLfjbhHvtaerxQ0diFAieCsL5gLlrae4S17N4+Zg/bfph5RfRK3pLilcUhO7gOf3dVYm3cP3jPSQCrjYg/X3g d9qJiK03+dPxqB77TPuBkJzUVJiQ7Yoff6f7eq36fk+lGz9wTdeeOX2vrxTgyRCCsPDJGQVGyM















DOE: 4

Seller Name: Videomusiconline

Product URL: https://www.amazon.de/dp/B07KRLKP73

Platform: Amazon



# Evidence Collection Report

Page Title
Simple Minds Poster : Amazon.de:Home & Kitchen

URL
https://www.amazon.de/dp/B07KRLKP73

Collection Date
Wed, 08 Mar 2023 12:00:11 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2001:ad8:31:231::5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/110.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
cn5P4KCD3a+nYcJVws0AFEDJgoLbaKmV1SrBw0VTK7Ze9GmyNWvtPdlcoz+KfBiiCRowCEhovs2GtQ12CdWvCvD+2Mxmv6+3uAzpUSSEV/
TRfFTmcqbJbAB9YqIbpwgZ2TmPm08kaMJQ9rrN2BfG63ChgyOg6b5USJPTM0NToks3JrqaaY90wrCFalp3v0b60jAsNUsxODm7cSmoP2K4wFwBbYb9wy58gqphpmPQFzobXT58Uk2r39VnVYGK3KnJdJqo/6U02sc2mDnIpHowyXpo=

# File Signatures

SCREEN CAPTURE

MHTML

File Name
screencap_ZHtpqQS7jhwww.amazon.de[h]dp[s]B07KRLKP73[j]_Wed_08-Mar-2023-12:02:11-GMT.mhtml

Hash (SHA256)
810498ABd021518ecae226a85f0de03b435201990bc300220647ed7d9fa6d

Signature (PKCS#1v1.5)
OYYV25bzQ+s19k2yAoJFvxybVdJ83H4EhMG+Bm2PK0ZdSwNem/bJvOLHrt/paeAo_Kfls4pZpmZY3SdAgZLwBZv2+jpjbmNb3elvcyocqpSaF7hMAWV2JmW5UpgWdIEhZDGnoEWhjOaCtKdUUQLsOfsDtQ_iFM87VbtVisGCtoi12DPV3v3MWW1SO6byde1Kv4Ma4 b1Dp+MktVBmFVg==











© 1996-2023, Amazon.com, Inc. or its affiliates

DOE: 5

Seller Name: qiaozihao5640

Product URL: https://www.amazon.de/dp/B093NWDKWW

Platform: Amazon



# Evidence Collection Report

**Page Title**
WPQL No193 My Simple Minds Minimal Music Poster Practical Hanging Poster in Living Room Office Bedroom 40x60cm : Amazon.de: Home & Kitchen

**URL**
https://www.amazon.de/dp/B093NWDKWW

**Collected by**
Sarah Omotesoldus

**Collection Date**
Wed, 08 Mar 2023 12:06:28 (US Department of Commerce / NIST authenticated timestamp)

**IP Address**
2001:ac8:01:201::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/110.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
b2c13 a0e9ddb8 fa5fd bbbf1b5faPfac0d6EceoJ6LfBxHfMpd5oF8x3/Qa9LQvlr3FvAk4FfJq0x4ca98H... 

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[tmtpu]2fh@%www.amazon.de%|dp%|B093NWDKWW|_Wed|-08-Mar-2023-12-06-28-GMT.mhtml

**Hash (SHA256)**
A78f222ee4b63a78b3e1cffdfd95f7fac754e4e0d2f3211f4afa6ddc029a09026

**Signature (PKCS#1v1.5)**
M0b2ttbfkZbY1czqd5FkVlrrODCGB1pHaxH+19yGfK1C5pDtLMqYxl1E0Sg0GWrJqqwzvKbjTgaa6gW5LC2Y8G7O3Ft6L43sdPnCXxer7bpl6HKfMQb3h6xWFc7qXxqQdYT3TqLPPepj+Pmzf7344QjcTXVQ0Quf9lKfpt5rll4FJ0LakeHbkoa3qTnuEBfEbGd2qGdqGgpqTmFJHhpqfpzLQ5



## Product details

| | |
|---|---|
| Item Weight | 300 Grams |
| Date First Available | 26 April 2021 |
| Manufacturer | WPQL |
| ASIN | B093NWDKWW |
| Department | Home & Kitchen (See Top 100 in Home & Kitchen) |
| | 399,970 in Posters & Prints |

**Product description**

Product size: 40 x 60 cm

Applicability:
This product will be the best gift for family or friends.
The bride of the product comes with a sturdy hook that allows you to hang it anywhere.
Convenient to carry and easy to hang.

## Looking for specific info?

## Customer reviews

## Review this product

### Popular products based on this item



### Best Sellers in this category



### Your browsing history





DOE: 6

Seller Name: golddiscman's booth

Product URL: https://www.bonanza.com/listings/766829103

Platform: Bonanza



**AXENCIS**
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**
simple minds signed presentation disc - CDs

**URL**
https://www.bonanza.com/listings/766829103

**Collection Date**
Wed, 08 Mar 2023 07:49:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2001:ac8:31:231::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/110.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
G73MZhe8gTUrvt1TlGMRmbTZrJsMWrlTpp5Sgx4GiavfyKJP0M0MAH+9x55PA63kJ+LnfsIb8P9dEBJvFZPj3b/R8B4Tl0S0TrAoptkGuDkdDvb2wioHmDx5xe/j58PJ5pzhvEHitAexGCUR3WvDc5KbAD42q+jCEEaKOocuLKRMuIo4froCcSKFh+18lxvMVphTf9ySyB0pjQUzLvNtPb45LpZzdPG/G+SPfMylKfVYQKbT6q77q881MqNjXQNvHDhNAiUyQ/UoHqHLaHKLJf5XKQzGPN0YcD3vtW02iB7g+kyyOvk0twKInXx/iaBD5qEVXj4We5T7B7S9wg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[]https[a][fs][fs]www.bonanza.com[fs]listings[fs][766829103]_Wed,-08-Mar-2023-07-49-23-GMT.mhtml

**Hash (SHA256)**
cfff7918fd25bc4bd5b9ed813dcc9e7607d6ae8c644047e998e0bcf3cc9b898f

**Signature (PKCS#1v1.5)**
HZMAvYhnCw9JwfNe9kEpWIXKBln/k61M85MzMlBQxsW+oI8pqF39HgcSVyncvl7R0pJnm58X1Iv4Ysc6mbFax]345I8pN5h9kTh+rgKbOYLiwuNTXSaAk0sCB42by52N9U2jn58wACrGkgdM6YnHuMYX/vq0IDC494ljmITq0ZLueZm30ZzAkZik+NT+TpoBxWTPAYUuad8OHw+zGy8gfEC/tWCivR/RPe1ZLoweOBk0abpZSGz3n+8fmJE1r9jE/UqAF3iPWYcjMWX7RwYsww00hFYS7ZaPcHeu/KA6BX7ZrEw6ZXukz7JRH4M5Ss5Sh8i09WxHaFqzMQ6fF8oXA==



© 2023 Bonanza. All Rights Reserved · Cookies and Tracking · Accessibility · Privacy Policy · Terms of Use

DOE: 7

Seller Name: hoeasy

Product URL: https://www.dhgate.com/product/men-s-t-shirts-lightweight-white-t-shirt/782145480.html

Platform: Dhgate

# Evidence Collection Report

## File Signatures















SIMPLE
MINDS
LIVE

SIMPLE
AND
STYLISH
COMFORTABLE
SIMPLE
HIGH ELASTICITY

DOE: 8

Seller Name: tiaosunqz

Product URL: https://www.dhgate.com/product/scarves-nuevo-estilo-de-la-letra-impresa/723805372.html

Platform: Dhgate

# Evidence Collection Report

**Page Title:**

**File Signatures**

DOE: 9

Seller Name: impulsemedialtd

Product URL: https://www.ebay.com/itm/185777268890

Platform: Ebay

# AXENCIS

# Evidence Collection Report

**Page Title**
SIMPLE MINDS SIGNED QUALITY FRAMED 6 x LP & KICKING 100% GENUINE VGAR GLOBAL SHIP | eBay

**URL**
https://www.ebay.com/itm/166777349091

**Collected by**
Chris Stevens

**IP Address**
3xXx.1x2.X.3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256)  PKCS#7 v1.5)**
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

## File Signatures

MHTML

File Name
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

Hash (SHA256)
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

Signature (PKCS#7 v1.5)
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx









DOE: 10

Seller Name: uniquemusicgifts

Product URL: https://www.ebay.com/itm/234715073053

Platform: Ebay



# Evidence Collection Report

**Page Title**
Vinyl Album Record (Jazz, & 'John Gold Disc Award Vinyl Record Christmas LP) | eBay

**URL**
https://www.ebay.com/itm/133770703

**Collection Date**
Mon, 09 Mar 2022 19:26:37:420 GMT+0000 (Coordinated Universal Time – GMT synthetically formatted)

**Collected by**
Axencis

**IP Address**
205.0.87.52.31

**Browser information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/ 9.0.0.0 Safari/537.36

**Digital Signature (SHA256) PDF/A-1b:**
7fbccd3b33eeff9f6c9cd3a4e4e1a...

# File Signatures

**SCREEN CAPTURE**

**HTML**

**File Name**
screencap_2fb3ab28de31bf64cece...ceca9de4e3bc077183e30.png

**File Signature (SHA256):**
58177f6b0fd55b68...ae9a...





## ASK ABOUT OUR DISCOUNTS FOR MULTIPLE PURCHASES!!







DOE: 11

Seller Name: wagnerkay_91

Product URL: https://www.ebay.com/itm/364050898740

Platform: Ebay

# Evidence Collection Report

**Page Title**
Run Smpl Mnos Band Neon Mens Black Band Shirts Black Full Size Colour

**URL**
https://www.ebay.com/itm/264356574

**Collected App**
Web Version: 2023.1.1 Chrome 108.0 Operative System IP Connection: WAP, Authenticated Username

**Collected by**
Axel Anonymous

**IP Address**
209.142.91.34

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.0.0 Safari/537.36

**Digital Signature (SHA256)**
7B47A94-...

**File Signatures**

SHA256 (UPLOAD)
5E7755...

**Hash (SHA256)**
xXxxxxxxx...

## File Signatures





**Item specifics**

**Sen description from the seller**







DOE: 12

Seller Name: hellodolly12linda

Product URL: https://www.ebay.com/itm/154321402184

Platform: Ebay

# Evidence Collection Report

**Page Title**
SIMPLE MINDS SIGNED GOLD CD DISC | eBay

**URL**
https://www.ebay.com/itm/164371452184

**Collection Date**
Wed, 09 Mar 2022 11:18:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Chronzilaz

**IP Address**
2001:ad0:21:201:0

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/110.0.0.0 Safari/537.36

**Digital Signature (SHA256 - PKCS#7 v1.5)**
[signature hash text]

## File Signatures

**SCREEN CAPTURE**

**XHTML**

**File Name**
screencap_[hashlong]@@axxencis.ebay.com/itm/en/itm/164371452184.jpg

**Hash (SHA256)**
b1929ae7461662680bfe7e76b4fbf3f86598f8aaa44ef774648453a6afbd272d

**Signature (PKCS#7 v1.5)**
[signature hash text]









DOE: 13

Seller Name: mlsterli-95

Product URL: https://www.ebay.com/itm/234809277220

Platform: Ebay

# AXENCIS

# Evidence Collection Report

**Page Title**

**Collection Date**

**URL**

**Browser Information**

**Digital Signature (SHA256 / PKCS#7 v1.5)**

# File Signatures

**SCREEN CAPTURE**

**File Name**

**Hash (SHA256)**









Copyright © AXENCIS Inc. — All Rights Reserved

DOE: 14

Seller Name: hat_1770

Product URL: https://www.ebay.com/itm/404092093606

Platform: Ebay

# AXENCIS

## Evidence Collection Report

**Page Title**
simple-minds-band-t-shirt-tee-shirt-all-sizes-mens-white-video-today

**URL**
https://www.ebay.com/itm/244090393995

**Collection Date**
Thu, 04 Mar 2021 00:00:00 UTC (US Department of Commerce, NIST authenticated timestamp)

**Collected by**
Chris Stokes

**IP Address**

**Browser Information**

**Screen Resolution**

## File Signatures

SCREEN CAPTURE

INITIAL

File Name

Hash (SHA256)

Signature (PKCS#1 v1.5)







Item specifics

Item description from the seller





DOE: 15

Seller Name: jacobdo-0

Product URL: https://www.ebay.com/itm/384846848424

Platform: Ebay

# Evidence Collection Report

**Page Title**
Simple Music Fest Gold Dreams T-Shirt Unisex | eBay

**Collection Date**
...

**IP Address**
...

**Browser Information**
...

**Digital Signature (SHA256)**
...

**SCREENCAPTURE**

**File Name**
...

**Hash (SHA256)**
...

**Signature (PKCS#1 v1.5)**
...

# File Signatures













DOE: 16

Seller Name: signed_sealed_delivered_2011

Product URL: https://www.ebay.com/itm/133230552106

Platform: Ebay

# Evidence Collection Report

## File Signatures







DOE: 17

Seller Name: print-you

Product URL: https://www.ebay.com/itm/185043567176

Platform: Ebay

# Evidence Collection Report

Page Title
Acme Retail | Cool Skull Band t-shirt, T shirt Men Women Unisex | Sizes XSXL | eBay
URL
https://www.ebay.com/itm/XXXXXXXXXXXX
Collection Date
Wed, 08 Oct 2025 11:35:23 UTC (Application on Connection = "ACK" authenticated connection)
Collected by
Axencis Administrator
IP Address
XXX.XXX.X.XX-X
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/XXX.X.XXXX.XX
Digital Signature (SHA256 | RSA2014 X.5)
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

# File Signatures

SCREENSHOT
MD5SHA...
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
HASH (SHA256)
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
Signature (RSA2014 X.5)
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX











DOE: 18

Seller Name: culture_cargo

Product URL: https://www.ebay.com/itm/165379206686

Platform: Ebay



# Evidence Collection Report

**Page Title**
Simple Minds - New Gold Dream T-shirt | eBay

**URL**
https://www.ebay.com/itm/165579258586

**Collection Date**
Thu, 04 Mar 2023 06:14:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:4:3::

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/110.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7-s)**
o4LN6GQJKQ4dniv9lfQgibsLh9Ak6pJ+hyV2pxBqwM4Ww1uJgSBwueBAGdJsTZdFeUzmXSOBc1krYH4MdMgpTQBXiQGejp1jlk3upNQF3vPeqwQCccJu4zxnDrQKdnGcSchkhmm2dkRlxX0SiLOBmWh4PidbJdj3AvOsWdhW10tZ9D5kkkA7maZFXKJqBdc+4Wb5lUPQ5ofBUCpcj1wLjLY7rBPcGwZRbdLykqqqCWa5ZJ4k8gBKDG61WbaEVPkqb8cF9W9TCg==

## File Signatures

**SCREEN CAPTURE**

**MIME:**
image/png

**File Name**
screencap_[HnytuQ]EvjEJyimn.ebay.com[ub]m[b]165579258586[l]_Thu_04-Mar-2023-06-14-43-GMT.mhtml

**Hash (SHA256)**
8F13446196d229988C0Ns1dd0S54ub25Da108JF528ff67026AAE59acf3f22739A2AaBdt2d5A0fa1F7d40ab2b

**Signature (PKCS#7-s1 S)**
FEwAPV26oc2ad+VZ0SRpHXCynCNCCCd7DHCFD43DBpUZF6X9YZpCWD4W3Jsr5WMR7eQRF7e8eU15qEAPV2Dj2MX3NbCaOB4PuQUyUvs3V7ieDEJ
FEwPJv4ZZOPy7nh6q44rDyuFjRK8vzHkNNJUCOL5sspZW8gHJwp3mSZ6AMa5KkyRQcdX6m0UCC1Qx0qcY5JFBhJYahUUY37X97dEV7jlL11qQ==













DOE: 19

Seller Name: martinflipflop

Product URL: https://www.ebay.com/itm/165041354453

Platform: Ebay

AXENCIS

# Evidence Collection Report

Page Title
CardPro Seller To Seller BUY6 & BUILD6 - PERSONALISED CHRISTMAS CARDS | eBay

URL
https://www.ebay.co.uk/itm/134007181553

Collection Date
Date 28 May 2021 17:26:13 UTC (GMT) Equivalent of Submission 1 GMT submission timestamp

Collected by
Name / Submitter ID

IP Address

Digital Signature (SHA256 / PKCS#1)
[long alphanumeric signature]

Digital Signature (SHA256 / PKCS#1)
[long alphanumeric signature]

# File Signatures

SCREEN CAPTURE

MHTML

File Name
[long filename]

Signature (PKCS#1 v1.5)
[long hash]









DOE: 20

Seller Name: shirtpot

Product URL: https://www.ebay.com/itm/253706542796

Platform: Ebay

# Evidence Collection Report

**Page Title**
The Brooklyn Clan Joseph Merch Girl You Forgot About Still We Women T Shirt | eBay

**URL**
https://www.ebay.com/itm/123456789789

**Collection Date**
Wed, 04 Dec 2021 14:58:52 (UTC) Appointment of Coronavirus. Self\* worldwrapWork boreplaway

**Collected by**
Saxencis Investigations

**IP Address**
45.127.22.11

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/1.0.0.0 Safari/537.36

**Digital Signature (SHA256 / MD5 etc.)**
e3b0c44298fc1c149afbf4c8996fb92427ae41e4649b934ca495991b7852b855
e3b0c44298fc1c149afbf4c8996fb92427ae41e4649b934ca495991b7852b855

## File Signatures

**Page Title**
e3b0c44298fc1c149afbf4c8996fb92427ae41e4649b934ca495991b7852b855

**File Name**
e3b0c44298fc1c149afbf4c8996fb92427ae41e4649b934ca495991b7852b855

**Hash (SHA256)**
e3b0c44298fc1c149afbf4c8996fb92427ae41e4649b934ca495991b7852b855
e3b0c44298fc1c149afbf4c8996fb92427ae41e4649b934ca495991b7852b855

**Signature (PKCS#7 or X):**
e3b0c44298fc1c149afbf4c8996fb92427ae41e4649b934ca495991b7852b855e3b0c44298fc1c149afbf4c8996fb92427ae41e4649b934ca495991b7852b855e3b0c44298fc1c149afbf4c8996fb92427ae41e4649b934ca495991b7852b855













DOE: 21

Seller Name: handmadecraftsbyjules

Product URL: https://www.ebay.com/itm/204212136009

Platform: Ebay

# Evidence Collection Report

AXENCIS

## File Signatures



**1 x Original Vinyl Record** (Centre) **CLOCK**

### SIMPLE MINDS .



externiqclpfo.co.uk



DOE: 22

Seller Name: gekko_t

Product URL: https://www.ebay.com/itm/291731816130

Platform: Ebay

AXENCIS

# Evidence Collection Report

**Page Title**
Don't You Forget About Me T-Shirt Inspired By Simple Minds 80 Video Brat black t-shirt

**URL**
https://www.ebay.com/itm/314739763178

**Collection Date**
Wed Jun 07 18:41:23 UTC 2023 (Collection of Timestamp - NTP synchronized timestamp)

**Collected By**
AXENCIS

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.5735.90/37.36

**Digital Signature (SHA256 / RSA2413-3)**

## File Signatures

SHA256-CAPTURE
BAFFVAL

File Name
screenshot_844a8c57d006233c.png

Hash (SHA256)
844a8c57d006233c

Signature (PKCS#1 v1.5)















DOE: 23

Seller Name: bonkersco

Product URL: https://www.ebay.com/itm/115230093507

Platform: Ebay

# Evidence Collection Report

AXENCIS

**Page Title**

Simple Minds Album Cover Fridge Magnet | 15 Album Options | eBay

**URL**

https://www.ebay.com/itm/175595900997

**Collection Date**

Thu, 17 Aug 2023 00:00:00 GMT (UTC)

**Collected by**

Chris Barnes

**IP Address**

104.28.42.5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

**Digital Signature (SHA256)** PRESENT [ 1 ]

9f4b8f4c5c55c3e5c0e6f8e4c8c5... (truncated hash values)

## File Signatures

SCREEN CAPTURE

MHTML

File Name

home.ja.20ekwki8f@dbmvs.mhtml 9c0e904578c36c5e... (truncated)

Hash (SHA256)

a7a8b4c9e90e... (truncated)

Signature (PKCS#1 V.1.5)

(truncated machine data block)













DOE: 24

Seller Name: olivegrov-62

Product URL: https://www.ebay.com/itm/234879273201

Platform: Ebay

AXENCIS

# Evidence Collection Report

**Page Title**
Simple Minds Fan Comic Boozy Cotton Tee | eBay

**URL**
https://www.ebay.com/itm/354976773201

**Collection Date**

**Collected by**

**IP Address**

**Account Information**

**Digital Signature (SHA256 / PKM2516 1.0)**

## File Signatures

**SCREEN CAPTURE**

**File Name**

**Hash (SHA256)**

**Signature (PKM2516 1.0)**





    













DOE: 25

Seller Name: retromagazines

Product URL: https://www.ebay.com/itm/285143250761

Platform: Ebay



# Evidence Collection Report

**Page Title**
SIMPLE MINDS A3 POSTER PRINTS 3 SET NEW GOLD DREAM SONS AND FASCINATION | eBay

**URL**
https://www.ebay.com/itm/285143250761

**Collection Date**
Thu, 09 Mar 2023 10:22:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:4:3:

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/110.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
MV1jZO4ttjXQ 4W96M4HRFpT4bFFLvPxj9qGJ zaSpC1prKkA6XQkrTAi5MzJTOTuZ2ugKSA+MUhcVaNG3jqMGFGNcV2+=7VD+XB/Ao53gJawrDrfdpGM7T9BHZihPmkqkXFV5qNNK81+xzdSdSR7TWUbeE2Ph7OMUufdST7N4RKq+LX8pOcjZ +AMBGZrHawlRhnVVqm3LV+Qk43G3Gygrg4FwSnH+hKrKK9V09aJ1JZCIEmcB2l6ZHsGw1mr5SGqaPz8uqZ+sULK5rfknicXSEm83PMWUyg0C6QO0AMdAwtKDnzPRFfmrO25kdrinobKg4Ng8Q7kgwCYNppvqQAs=

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_Zhttps%2B%2Fwww.ebay.com%5Bitm%5D285143250761%5D_Thu-09-Mar-2023-10-22-28-GMT.mhtml

**Hash (SHA256)**
2183a8f4c3024c68de0578dca8643bf232702e6c902fe6ed817f07810

**Signature (PKCS#1v1.5)**
M6LAAGKN5A8H7QAwrmWqJEfxX25i7Cr0qe8E403FreTvfdSFFMU0oVkXUzUnvm7862+W09wsWkS80Bvl2L7yV2Pe0qpRYLGoroSqIWoWEx7bq2p0EdkrAGiHVr8HWvuydQf0Kldqr7cVrsFi9dt4sKTf4HV9Q0Jk8QHJsdvwB5BXv1uLLjFRYbXzgu+PGQW+6T8X24tT9+TVY+PO1utQ8IpjsM9VOO67mwjp2QO7u768OZr3IF+nAdvj/r43fuGanLUhyulzop9KGy32gmwvPG1uK5Kbyu0AW06X006YD51X4u4U5v6nyreTOVCyiQUOfKF9r9jOrAaMTeu7K8JQ+0oeJ25L0OzwH3BDRGZ25tF4qKtW7LzS00KFYr8A+







**Doe 26: Omitted**

DOE: 27

Seller Name: 7552rebecca

Product URL: https://www.ebay.com/itm/154970810565

Platform: Ebay

AXENCIS
Complete data chain forensics

# Evidence Collection Report

**Page Title**
Postcard — 13.5x19.5cm post punk new wave album design Simple Minds Empires And Dance | eBay

**URL**
https://www.ebay.com/itm/154978933900

**Collection Date**
Mon, 09 Oct 2023 15:29:15 UTC (1/2 Department of Commerce / NIST authoritative timestamp)

**IP Address**
208.0.64.57.141 ...0

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/117.0.0.0 Safari/537.36

**Digital Signature (SHA256): PKCS#7 v1.5**
3e9e5c8e06bca9dbe6da3b9d2e1e0f4b...

---

## File Signatures

SCREEN CAPTURE
INITIAL
File Name
screencap_f3de0a3f83febece-deep-core0abce2b21f447cb758d21.hashdig.html Wed, 09 Mar 2023 14:35:00 GMT verbose
Hash (SHA256)
2720eb41 4e827ea0d5758161ecaf4d647 1045ab21d0a3a08aa6e4b1ee8
Signature (PKCS#7 v1.5)
3e9e5c8e06bca9dbe6da3b9d2e1e0f4b4e827ea0d57...











DOE: 28

Seller Name: barrie5288

Product URL: https://www.ebay.com/itm/292404890417

Platform: Ebay

# AXENCIS

# Evidence Collection Report

Page Title
The Breakfast Club Simple Minds, Don't You Forget About Me 80s Movie T-Shirt | eBay

URL
https://www.ebay.com/itm/XXXXXXXXXX

Collection Date
This 56 of 70 of the FLSD Department of Commerce ( SDFY )<

Collected by
Ilirie Gjenero

IP Address
XXX.XX.XX.XX

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7.1)
844a8c57d006233c8b8a8b8e8f8a8e8f8a8e8f8a8e8f8a8e8f8a8e8f8a8e8f8a8e8f8a8e8f8a8e8f

## File Signatures

SCREEN CAPTURE
SHA256
File Name
Collection Hash

844a8c57d006233c8b8a8b8e8f8a8e8f8a8e8f8a8e8f8a8e8f8a8e8f8a8e8f8a8e8f8a8e8f8a8e8f
844a8c57d006233c8b8a8b8e8f8a8e8f8a8e8f8a8e8f8a8e8f8a8e8f8a8e8f8a8e8f8a8e8f8a8e8f









DOE: 29

Seller Name: ghostofthedoll

Product URL: https://www.ebay.com/itm/254854558833

Platform: Ebay

AXENCIS

# Evidence Collection Report

Page Title:
SIMPLE MINDS "SPARKLE IN THE RAIN" – Retro Music Badge/Magnet BRAND | eBay

URL:
https://www.ebay.com/itm/393586588809

Collection Date
Thu, 25 May 2023 09:20:51 UTC (US Department of Commerce / NIST authenticated timestamp)

Source Name:
Chris Thomas

IP Address:
[redacted]

Browser Information:
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7): ...

## File Signatures

SCREEN CAPTURE
INITIAL
...
File Name:
...
Signature (PKCS#7 / ...)
...

















DOE: 30

Seller Name: roastdinners10008

Product URL: https://www.ebay.com/itm/223918111853

Platform: Ebay

# Evidence Collection Report

**Page Title**

SIMPLY MONO PROFESSIONAL RECORDED BACKING TRACKS | eBay

**URL**

https://www.ebay.com/itm/314518111804

**Collection Date**

Thu, 05 Mar 2023 15:34:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Keeley

**IP Address**

3.86.13.53 6

**Archived Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256-TIMESTAMP of JS)**

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_84aaa8b57d006233c.mhtml

**Hash (SHA256)**

84f7aa8b57c10fe1f53213a987fb826dd0fd6e6af23ab26f1c1...

**Digital Signature (RFC3161)**











DOE: 31

Seller Name: axe-guitar-tabs

Product URL: https://www.ebay.com/itm/144154221067

Platform: Ebay

# Evidence Collection Report

## File Signatures















DOE: 32

Seller Name: hickyonline

Product URL: https://www.ebay.com/itm/115706485503

Platform: Ebay



# Evidence Collection Report

**Page Title**
Repro Vintage Simple Minds The Lyceum London 1982 Concert Poster A1 A2 A3 | eBay

**URL**
https://www.ebay.com/itm/123456789

**Collection Date**
Thu, 05 Mar 2025 12:34:56 UTC (Coordinated Universal Time)

**Reference(s)**

**Browser Information**

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / RSA2011 )**

# File Signatures

SCREENSHOT.PNG
HTML

















DOE: 33

Seller Name: prosingers2016

Product URL: https://www.ebay.com/itm/254186420667

Platform: Ebay

# Evidence Collection Report

Page Title:
SIMPLE MINDS PROFESSIONAL RECORDED BACKING TRACKS | eBay

URL:
https://www.ebay.com/itm/166400967

Collection Date:
Wed, 06 Nov 2024 10:20:57.125 Department of Commerce · NIST authenticated timestamp

Collection Agent:
Sarah Richardson

IP Address:
107.220.8.107 (1)

Browser Information:
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/119.0.0.0 Safari/537.36

Digital Signature (SHA256): F5F0C47-C
Page Identifier
c4e5a5d08f4a3a3b4d9e18b92e6a2b07d5f9a1e2c3a8f9e7b6d5c4a3b2c1d0e9f8a7b6c5d4e3f2a1b0c9d8e7f6a5b4c3d2e1f0a9b8c7d6e5f4a3b2c1d0e9f8a7b6c5

# File Signatures

SCREEN CAPTURE
SHA256:
e8f0c7aa2b1d3f4e5a6b7c8d9e0f1a2b3c4d5e6f7a8b9c0d1e2f3a4b5c6d7e8f9

Signature (PKCS#7) (1)
3c3a82f02a39d8a7c8e9d0f1a2b3c4d5e6f7a8b9c0d1e2f3a4b5c6d7e8f9a0b1c2d3e4f5a6b7c8d9e0f1a2b3c4d5e6f7a8b9c0d1e2f3a4b5c6d7e8f9a0b1c2d3e4f5a6b7c8d9e0f1a2b3c4d5e6f7a8b9c0d1e2f3a4b5c6d7e8f9









DOE: 34

Seller Name: 1art1_de

Product URL: https://www.ebay.com/itm/363909542291

Platform: Ebay

# Evidence Collection Report

**Page Title**

**File Signatures**



DOE: 35

Seller Name: open-gap

Product URL: https://www.ebay.com/itm/153617392549

Platform: Ebay

# Evidence Collection Report

# File Signatures











